1144

No. 99–7543. GONZALEZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–7544. DUCHARME *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 99–7546. HALL *v.* UNITED STATES (two judgments). C. A. 6th Cir. Certiorari denied.

No. 99–7548. DAWODU *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–7549. GUTIERREZ-OROZCO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–7550. JOHNSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–7551. MILLER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–7552. MCCOY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–7555. FEREBE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–7556. GOODLEY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–7563. CHACON *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 99–7565. BANKS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–7569. STOTTS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–7573. TRUJILLO MARTINEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–7574. ROACH *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.